## WILLIAMS *v.* THE STATE.

GRICE, Justice. The only question involved being the validity of the act approved February 16, 1938, conferring upon trial judges the power to sentence convicted persons in certain cases, the issue is controlled adversely to the plaintiff in error by the decision of this court in *Williams* v. *MacFeeley,* 186 *Ga.* 145 (197 S. E. 225).

*Judgment affirmed. All the Justices concur.*

No. 12362. MAY 11, 1938.

*Alex. A. Lawrence* and *Shelby Myrick,* for plaintiff in error.
*Samuel A. Cann, solicitor-general,* and *Andrew J. Ryan Jr.,* contra.